# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| Clarice Hicks, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:16-cv-00209 UNA |
| ) | |
| Navient Solutions, Inc. ) | |
| *formerly known as* SALLIE MAE, INC. ) | |
| Defendant. ) | |

## ORDER

The above styled and numbered case was filed on February 16, 2016 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and randomly assigned to the Honorable Stephen N. Limbaugh, Jr., United States District Judge, under cause number 1:16-cv-00029.

**IT IS FURTHER ORDERED** that cause number 4:16-cv-209 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: February 16, 2016                By: /s/ Michele Crayton
                                            Court Services Manager

**In all future documents filed with the Court, please use the following case number 1:16-cv-00029 SNLJ.**