## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT MISSOURI
## SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| CLARICE HICKS | ) | |
| PO Box 285 | ) | |
| Portageville, MO 63873 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:16-cv-00029-SNLJ |
| | ) | |
| NAVIENT SOLUTIONS, INC. *f/k/a* | ) | |
| SALLIE MAE, INC. | ) | |
| 123 S. Justison Street | ) | |
| Wilmington, DE 19801 | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SETTLEMENT

Plaintiff, CLARICE HICKS, ("Plaintiff"), through her attorney, Price Law Group, APC, informs this Honorable Court that the Parties have reached a settlement in this case.  Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

RESPECTFULLY SUBMITTED,

DATED: April 13, 2016         By: /s/  Mark D. Molner, Esq _____
                    Mark D. Molner, Esq. (SBN 62189)
                    PRICE LAW GROUP, APC
                    2210 W. 75th Street
                    Prairie Village, KS 66208
                    Phone: (913)529-1474
                    Fax: (818)205-2730
                    mark@pricelawgroup.com

## **CERTIFICATE OF SERVICE**

    On April 13, 2016, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Brian Roth, at broth@sessions.legal.

                                  By: /s/  Mark D. Molner, Esq  _____
                                      Mark D. Molner, Esq. (SBN 62189)